Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ANDREW GAGLEY,<br><br>Defendant. | NO. CR13-136RAJ<br><br>ORDER TO SEAL |

Pursuant to CrR 32 (i)(1)(A), Local Rules W.D. Wash., and the court finding good cause, the government's Motion to Seal its Sentencing Memorandum (Dkt. #95) is GRANTED and the Sentencing Memorandum filed under Dkt. #96 shall remain sealed.

DATED this 10th day of October, 2014.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL- 1
*United States v. Gagley,* CR13-136RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970