Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR13-136RAJ |
| Plaintiff | |
| v. | ORDER TO SEAL |
| ANDREW GAGLEY, | |
| Defendant. | |

Having read the Defendant's Sentencing Memorandum and Defendant's Statement of Responsibility in the above captioned cause, which were filed under seal, and the Defendant's Motions to Seal requesting that those documents be allowed to remain under seal, and the court finding good cause,

IT IS HEREBY ORDERED that the Defendant's Motions to Seal (Dkt. ##97, 99) are GRANTED and that the Sentencing Memorandum filed under Dkt. #98 and Defendant's Statement of Responsibility filed under Dkt. #100 in this matter shall remain sealed.

DATED this 10th day of October, 2014.

_____
The Honorable Richard A. Jones
United States District Judge